UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAZMINE JUAREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 19-cv-07705 |
| v. | ) | |
| | ) | Hon. Sara L. Ellis |
| EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC, | ) ) ) | Magistrate Judge Sidney I. Schenkier |
| | ) | |
| Defendants. | ) | |

**Initial Status Report**

1. The Nature of the Case

    A. Attorneys of Record

    **Plaintiff**
    Celetha Chatman
    Michael Wood
    *Community Lawyers, LLC.*
    20 N. Clark Street, Suite 3100
    Chicago, IL 60602
    Ph: (312)757-1880
    Fx: (312)476-1362
    cchatman@communitylawyersgroup.com
    mwood@communitylawyersgroup.com

    **Defendant Experian Information Solutions, Inc. ("Experian")**
    Jules H. Cantor
    JONES DAY
    77 West Wacker Drive, Suite 3500
    Chicago, IL 60601
    Telephone: (312) 269-1503
    Facsimile: (312) 782-8585
    jcantor@jonesday.com

B. Status of Discovery

1. No discovery has been served in this matter. Discovery is stayed in this matter pending resolution of Experian's Motion to Dismiss.

C. Motions

1. Currently, Experian's Motion to Dismiss is pending in this matter. Plaintiff's Response is due by June 12, 2020.

D. Settlement Efforts

1. Plaintiff has made a demand to Defendant in this matter.

E. Discovery Schedule

1. Currently, discovery is stayed in this matter pending Defendants' Motion to Dismiss.

F. Parties do not believe a telephone hearing with the judge is necessary and urgent.

Dated: May 18, 2020

Counsel for Plaintiff

*/s Celetha Chatman*
Celetha Chatman
Michael Wood
*Community Lawyers, LLC.*
20 N. Clark Street, Suite 3100
Chicago, IL 60602
Ph: (312)757-1880
Fx: (312)476-1362
cchatman@communitylawyersgroup.com

Counsel for Defendant

*/s/ Jules Cantor*
Jules H. Cantor
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601
Telephone: (312) 269-1503
Facsimile: (312) 782-8585
jcantor@jonesday.com

## **CERTIFICATE OF SERVICE**

I, Celetha Chatman, an attorney, hereby certify that on May 18, 2020 I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: May 18, 2020**                                                                                       Respectfully submitted,

                                                                                                    By: /s/ *Celetha Chatman*

.